Before STATE INDUSTRIAL BOARD, Respondent. STEPHEN O'CONNOR, Claimant, Respondent, v. P. D. O'NEILL and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINSTON CUSHING, Respondent, v. HERBERT SMITH, Deputy Sheriff of the County of Warren, Appellant.— Order reversed on the law, and writ dismissed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS ANZALONE, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. FREDERIC KERNOCHAN and Another, as Committee of MARIE MARSHALL v. WALTER W. LAW, JR., and Others, Constituting the State Tax Commission.— Motion granted.

ROCKAWAY PACIFIC CORPORATION, Claimant, Respondent, v. THE STATE OF NEW YORK, Respondent. THE CITY OF NEW YORK, Claimant, Appellant, v. THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. JENNIE SANDERS, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL STOLLER, Claimant, Appellant, v. WORLD LIGHTING APPLIANCE COMPANY and Another, Respondents.— Motion denied.

LILLIAN M. TANNER, Appellant, v. BENN CONGER, Defendant, Impleaded with CORTLAND TRUST COMPANY, as Executor, etc., and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

UNITED STATES FASTENER COMPANY, Respondent, v. MOHAWK SILK FABRIC CORPORATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

WALTON FOUNDRY COMPANY, Appellant, v. A. D. GRANGER COMPANY, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

ROBERT WEIGEL and HENRY HILLEBRAND, Respondents, v. LESLIE COOK and MARGARET E. COOK, His Wife, Appellants.— Motion for reargument granted. Judgment stayed until argument and determination of the appeal. Van Kirk, J., not sitting.